**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1231**

WAYNE RALEY, a/k/a Wayne P. Raley,

Plaintiff - Appellant,

versus

WALTER STITH, JR.,

Defendant - Appellee,

and

THE PRINCE GEORGE COUNTY POLICE DEPARTMENT,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:06-cv-00763-HEH)

Submitted: September 11, 2007    Decided: September 13, 2007

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wayne Raley, Appellant Pro Se. Neil Kuchinsky, KUCHINSKY & ASSOCIATES, PC, Colonial Heights, Virginia; Robert A. Dybing, THOMPSON & MCMULLAN, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Raley appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Raley v. Stith</u>, No. 3:06-cv-00763-HEH (E.D. Va. Feb. 27, 2007). We deny Raley's motion for return of property. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>